UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SANCHEZ, | ) Case No. EDCV 15-2382 RGK(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| W.L. MONTGOMERY, | ) |
| Respondent. | ) |

Pursuant to this Court's Order (1) Denying Motion for Stay and Abeyance; and (2) Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Motion for Stay and Abeyance is denied and the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: November 24, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE